# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN MCCLAIN,<br><br>        Defendant. | 2:14-cr-00298-LRH-CWH<br>**<u>ORDER</u>** |

Before the court is Defendant's Motion to Modify Conditions of Release (#45).

IT HEREBY ORDERED that a hearing on Defendant's Motion to Modify Conditions of Release (#45) is scheduled for 2:30 p.m., August 5, 2015, in courtroom 3D.

DATED this 29th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE