UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN E. MCCLAIN, et al.,<br><br>Defendants. | Case No. 2:14-cr-00298-LRh-CWH<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carl W. Hoffman, Jr. (ECF No. 74) entered on August 3, 2016, recommending granting Co-Defendants' motions for joinder (ECF Nos. 60, 63, 68 – filed May 31, June 1 and July 5, 2016, respectively) to McClain's motions and denying defendant McClain's Motion to Dismiss (ECF No. 58 - filed May 27, 2016), including the request for bill of particulars.

On August 17, 2016, defendant McClain filed his Objections to Report and Recommendation to Motion to Dismiss (ECF No. 78) and on September 1, 2016, the government filed its Response to Defendant's Objections to Report & Recommendation (ECF No. 81). Also, on August 17, 2016, defendant Scott Friedman filed his Motion for Joinder in Defendant McClain's Objections to Report and Recommendation to Motion to Dismiss (ECF No. 79).

///

///

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered defendant McClain's objections, the response of the government, defendant Freidman's motion for joinder, and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 74) entered on August 3, 2016, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 74) entered on August 3, 2016, is adopted and accepted, and Co-Defendants' motions for joinder (ECF Nos. 60, 63, 68 – filed May 31, June 1 and July 5, 2016, respectively) to McClain's motions are **GRANTED**.

IT IS FURTHER ORDERED that defendant McClain's Motion to Dismiss (ECF No. 58 - filed May 27, 2016), including the request for bill of particulars, is **DENIED**.

IT IS SO ORDERED.

DATED this 8 day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE